IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAWNDA DURBIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § Civil Action No. 3:14-cv-01132-L |
| KENNEDY INTERNATIONAL, INC., | § |
| | § |
| Defendant. | § |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 81.2, Plaintiff concurs with the accuracy of Defendant's previously filed Certificate of Interested Persons, and adopts that certificate.

Respectfully submitted,

*/s/ William L. Shirer*

**WILLIAM L. SHIRER**
State Bar No. 18273100

**MCGILBERRY & SHIRER, L.L.P.**
5720 LBJ Freeway
Suite 575, LB 5
Dallas, Texas 75240
P:  (972) 392-1225
F:  (866-342-1022 Facsimile
E:  wls@shirerlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of this document has been served upon all parties pursuant to Tex. R. Civ. Pro. 21a. on April 14, 2014.

_____
**WILLIAM L. SHIRER**